UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNATHAN JOHNSON,

                  Plaintiff,

-against-

CATHERINE O'HAGAN-WOLFE, CLERK;
DIRECTOR OF THE ADMINISTRATIVE
OFFICE OF THE UNITED STATES COURTS;
CASE MANAGER FOR THE UNITED
STATES COURT OF APPEALS SECOND
CIRCUIT,

                  Defendants.

21-CV-10783 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued May 6, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any civil action under the *in forma pauperis* statute while a prisoner unless Plaintiff is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 6, 2022
              New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                       Chief United States District Judge